1092

No. 73–512. ALAN F. HUGHES, INC., ET AL. v. SECURITIES AND EXCHANGE COMMISSION ET AL.  C. A. 2d Cir. Certiorari denied.

No. 73–517. VEST ET UX. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 5th Cir.  Certiorari denied.

No. 73–533. SIGNER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–524. SCHENNAULT, AKA ALVAREZ, ET AL. v. UNITED STATES ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 73–562. PATLOGAN ET AL. v. DICKSTEIN, SHAPIRO & GALLIGAN, NOW COLSON & SHAPIRO, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 73–563. LOCAL UNION No. 11, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO v. BOLDT ET AL.  Temp. Emerg. Ct. App.  Certiorari denied.

No. 73–564. SHALLER v. UNITED STATES.  Ct. Cl. Certiorari denied.

No. 73–567. STEIN v. CITY OF NEW BERLIN.  Sup. Ct. Wis.  Certiorari denied.

No. 73–570. SOUTHWIRE CO. ET AL. v. METAL EQUIPMENT CO.  Ct. App. Ga.  Certiorari denied.

No. 73–572. FARHA ET AL. v. UNIFIED SCHOOL DISTRICT No. 259, WICHITA, KANSAS, ET AL.  C. A. 10th Cir.  Certiorari denied.